UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LEIDY SANCHEZ BALLESTROS                                                                Petitioner

v.                                                                                    Civil Action No. 3:25CV-594-RGJ

KRISTI NOEM, ET AL.                                                                    Respondents

\* \* \* \* \*

## **MEMORANDUM OF HEARING AND ORDER**

The Court conducted a show cause hearing on the petition seeking a writ of habeas corpus under 28 U.S.C. § 2241 [DE 1] on September 24, 2025, in the Louisville, Kentucky, with the following counsel participating:

> For Plaintiff(s):    Colleen Mary Cowgill and Aileen S. Rose via Zoom, petitioner appearance was waived.
>
> For Defendant(s):   Timothy D. Thompson and Michael D. Ekman, Assistant United States Attorneys.

The Court heard an overview of the case and arguments regarding the motion for temporary restraining order [DE 3] by the parties. A briefing schedule was then discussed with counsel. The Court being otherwise sufficiently advised**; IT IS HEREBY ORDERED** as follows:

(1)    The oral motion to file an amended petition by the petitioner, with there being no objection by the respondents, the motion is **GRANTED.**

(2)    The United States may file a post-hearing brief **within 7 days of this hearing.** Petitioner may file their responsive brief **within three (3) days** of the United States' brief.

(3) The emergency motion for extension of time filed by the respondent [DE 7] is **moot.**

(4) The Court will take the motion for temporary retraining order [DE 3] under submission once additional medical information is filed with the Court by both sides. Such notices shall be filed **on or before September 29, 2025.**

(5) The Court directs the Petitioner is not transferred out of in the Western District of Kentucky pending the outcome of this case.

September 24, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Copies to: Counsel of Record

Court Time: 00/30

Court Reporter: April Dowell